Wayne RALEY, Plaintiff–Appellant,

v.

Sean E. MOORE, Officer; C.D. Eilert, Detective; James Rigney, Magistrate; Daniel Jones, Jr., Magistrate, Defendants–Appellees.

No. 07–2109.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2008.

Decided: March 27, 2008.

Wayne Raley, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Raley seeks to appeal the district court's order dismissing certain defendants in his civil suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Raley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*